IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HOSPITAL INTERNISTS OF AUSTIN, P.A. AND HOSPITAL INTERNISTS OF TEXAS, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CIVIL ACTION NO. 1: 18-CV-00-466 |
| | § | JURY DEMANDED |
| QUANTUM PLUS, LLC D/B/A TEAMHEALTH HOSPITAL MEDICINE WEST, TEAM HEALTH, LLC, AND AMERITEAM SERVICES, LLC | § § § § § § | |
| Defendants. | § | |

**JOINT ADR REPORT AS REQUIRED BY LOCAL RULE CV-88**

TO THE HONORABLE ROBERT PITMAN, UNITED STATES DISTRICT JUDGE:

The parties submit this Joint ADR Report, due on or before May 31, 2019, as Required by Local Rule CV-88 and pursuant to the Scheduling Order entered by the Court on November 15, 2018.

**I.   Status of Settlement Negotiations**

As required by the Scheduling Order, the parties asserting claims for relief will submit a written offer of settlement to opposing parties on or before <u>July 19, 2019</u> (no such offer has been submitted yet), and the opposing parties will respond in writing by August 2, 2019. It is unclear at this point whether the parties will be able to settle this matter once an offer and response are provided.

## II. The Parties in Charge of Settlement Negotiations

The person responsible for settlement negotiations for Plaintiffs is Luke Redman, Chief Executive Officer of Hospital Internists of Austin, P.A. and Hospital Internists of Texas.

The person responsible for settlement negotiations for Defendants is Jennifer Behm, Market Executive Vice President, TeamHealth West Region.

## III. Evaluation of ADR Methods

The parties believe that mediation will be productive in late summer or fall of 2019 after discovery is complete.

Dated:  May 31, 2019

                                                               Respectfully submitted,

By: /s/ *Lorinda Holloway*
Lorinda Holloway
State Bar No. 00798264
Lorinda.Holloway@huschblackwell.com
Kevin Koronka
State Bar No. 24047422
Kevin.Koronka@HuschBlackwell.com
Danielle Gilbert
State Bar No. 24092421
Danielle.Gilbert@HuschBlackwell.com

HUSCH BLACKWELL, LLP
One Congress Plaza
111 Congress Avenue, Suite 1400
Austin, Texas  78701-4093
Telephone: (512) 472-5456
Telecopier: (512) 479-1101

**ATTORNEYS FOR PLAINTIFFS**

By: /s/ *John C. Dunne*

John C. Dunne
State Bar No. 00787405
jdunne@smfadlaw.com
George A. Shannon
State Bar No. 18106000
gshannon@smfadlaw.com

SHANNON, MARTIN, FINKELSTEIN,
ALVARADO & DUNNE
A Professional Corporation
1001 McKinney Street, Suite 1100
Houston, TX  77002
(713) 646-5500 (Phone)
(713) 752-0337 (Fax)

**ATTORNEYS FOR DEFENDANTS**

**DocID: 4818-4626-0887.1**

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on May 31, 2019.

/s/ *Lorinda Holloway*
Lorinda Holloway

John C. Dunne
jdunne@smfadlaw.com
George A. Shannon
gshannon@smfadlaw.com
SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE
1001 McKinney Street, Suite 1100
Houston, TX 77002
(713) 646-5500 (Phone)
(713) 752-0337 (Fax)

**ATTORNEYS FOR DEFENDANTS**

DocID: 4818-4626-0887.1