IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HOSPITAL INTERNISTS OF AUSTIN, P.A., and HOSPITAL INTERNISTS OF TEXAS,<br><br>          Plaintiffs,<br><br>v.<br><br>QUANTUM PLUS, LLC, *formerly known as* QUANTUM PLUS, INC., *d/b/a* TEAMHEALTH HOSPITAL MEDICINE WEST, TEAM HEALTH, LLC, *formerly known as* TEAM HEALTH, INC., and AMERITEAM SERVICES, LLC,<br><br>          Defendants. | § § § § § § § § § § § § § § § § § | 1:18-CV-466-RP |

## FINAL JUDGMENT

On this date, the Court issued an order granting Plaintiffs Hospital Internists of Austin, P.A. and Hospital Internists of Texas' ("Plaintiffs") motion to join Lonestar as a party. (Dkt. 88). Because joinder destroyed diversity, the Court also dismissed this action for lack of subject-matter jurisdiction. (*Id.* at 10).

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that this case is **CLOSED**.

**IT IS ORDERED** that all pending motions are **MOOT**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on October 7, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE